IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-CV-207-FL

| | |
|---|---|
| CAROLYN S. GODWIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge James E. Gates, regarding the parties' cross-motions for judgment on the pleadings. No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of Magistrate Judge Gates as its own, and, for the reasons stated therein, plaintiff's motion is ALLOWED, defendant's motion is DENIED, and this matter is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings consistent with the M&R. The clerk of court is directed to close the case.

SO ORDERED, this the 15 day of August, 2007.

LOUISE W. FLANAGAN
Chief United States District Judge